| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Watkins, William K. | 2. Court or Organization U.S. District Court, M.D. AL | 3. Date of Report 07/31/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Court Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |
| 7. Chambers or Office Address U.S. Courthouse 1 Church Street, E300 Montgomery, AL 36104 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Manager/Sole Member | Rosewood Martin, LLC |
| 2. Managing Member | DQV, LLC |
| 3. Director, Shareholder, Officer | Powermaster, Inc. |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Neurology Consultants of Montgomery Salary reported on Form W-2 |
| 2. | 2013 | Non-employee compensation received from Interpublic, Inc. |
| 3. | 2013 | Non-employee compensation received from L&M Communications LLC and reported on form 1099 |
| 4. | 2013 | Non-employee compensation received from Advanced Heaalth Media, LLC and reported on form 1099 |
| 5. | 2013 | Non-employee compensation received from SCSHealthcare Marketing, LLC and reported on form 1099 |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 07/31/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Troy Bank & Trust Company | Turkey Mountain Real Estate Loan | K |
| 2. | Regions Bank | Line of Credit | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 07/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Pike Co. AL. Farm #1 | | None | O | W | | | | | |
| 2. Farm (1/4 interest), Coffee County, AL | | None | L | W | | | | | |
| 3. North Carolina, Jackson Co. Lot 1 (Appraisal 7/23/04) | | None | M | W | | | | | |
| 4. North Carolina, Jackson Co. Lot 2 *See VIII | | None | K | W | | | | | |
| 5. North Carolina Land, Jackson Co. (Appraisal 8/8/02) | | None | N | W | | | | | |
| 6. Barn Property Troy, AL | | None | K | W | | | | | |
| 7. Pike Co. AL Farm #3 | | None | L | W | | | | | |
| 8. Pike Co. AL Farm #4 - Mineral | | None | J | W | | | | | |
| 9. Pike Co. AL Farm #5 - Mineral | | None | J | W | | | | | |
| 10. Pike Co. AL Farm #6 (19% interest) | | None | K | W | | | | | |
| 11. Pike Co. AL Farm #6 (19% interest) Mineral | | None | J | W | | | | | |
| 12. WE, LLC (50% interest) | | None | J | W | | | | | |
| 13. Powermaster, Inc. (1/3 interest) | | None | K | W | | | | | |
| 14. E. D. Moseley Note | | None | J | U | | | | | |
| 15. Wells Fargo Bank (formerly Wachovia Bank) - Dimensions Acct. | A | Interest | J | T | | | | | |
| 16. Principal: Variable Universal Life Policy | A | Int./Div. | J | T | | | | | |
| 17. Principal #302 WKW 318 Variable Universal Life | A | Int./Div. | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 07/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Northwestern Mutual TM 010 Extraordinary Life | A | Int./Div. | J | T | | | | | |
| 19. LPL Financial IRA Account Brokerage Cash | A | Distribution | M | T | | | | | |
| 20. LPL Financial IRA Account Brokerage Cash | A | Int./Div. | L | T | | | | | |
| 21. American Funds - Capital Income Builder Fund Class F CIBFX | D | Dividend | M | T | | | | | |
| 22. American Funds INVESTMENT COMPANY OF AMERICA CL C AICFX | A | Dividend | J | T | | | | | |
| 23. INVESTMENT COMPANY OF AMERICA CL F1 AICCX | A | Dividend | J | T | | | | | |
| 24. LPL Financial IRA Account PTC CUST IRA FBO W K W | A | Distribution | M | T | | | | | |
| 25. LPL Financial IRA Account Brokerage Cash-Insured Deposit Fud | A | Int./Div. | J | T | | | | | |
| 26. BLACKROCK HIGH YIELD BOND FUND BHTIX | A | Dividend | K | T | Sold (part) | 12/13/13 | J | A | |
| 27. DOUBLELINE TOTAL RETURN BOND FUND DBLTX | A | Dividend | K | T | Sold (part) | 12/13/13 | J | A | |
| 28. EATON VANCE NATIONAL MUNICIPAL BOND FUND EIHMX | A | Dividend | | | Sold | 12/13/13 | K | A | |
| 29. HARBOR INTL FUND HAINX | A | Dividend | | | Sold | 06/04/13 | J | A | |
| 30. HARTFORD GRWTH OPP FUND HGOIX | A | Dividend | | | Sold | 04/22/13 | J | A | |
| 31. LOOMIS SAYLES INVESTMENT GRADE BOND FUND | A | Dividend | | | Sold | 12/13/13 | K | A | |
| 32. NUVEEN HIGH YLD MUNI BOND FUND NHMRX | A | Dividend | K | T | Buy (add'l) | 12/13/13 | J | | |
| 33. NUVEEN LARGE CAP VALUE FUND NQCRX | A | Dividend | J | T | Sold (part) | 12/13/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 07/31/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. T ROWE PRICE CAP APPRECIATION FUND PRWCX | A | Dividend | J | T | Buy (add'l) | 12/17/13 | J | | |
| 35. MFS RESEARCH FUND CLASS I MRFIX | A | Dividend | J | T | Buy | 06/04/13 | J | | |
| 36. MFS RESEARCH FUND CLASS I MRFIX | A | Dividend | J | T | Buy (add'l) | 12/13/13 | J | | |
| 37. T ROWE PRICE GROWTH STOCK FUND PRGFX | A | Dividend | K | T | Buy | 04/22/13 | K | | |
| 38. T ROWE PRICE GROWTH STOCK FUND PRGFX | A | Dividend | J | T | Sold (part) | 12/16/13 | J | A | |
| 39. T ROWE PRICE EMERGING MARKETS BOND FUN | A | Dividend | J | T | Buy | 12/13/13 | J | | |
| 40. Troy Bank & Trust Company Super NOW account | A | Int./Div. | J | T | Open | 01/11/13 | J | | |
| 41. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 07/31/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Lines 19, 20, 21, 22, and 23 include the individual portfolio assets held in the ▓▓▓▓ IRA brokerage account held at LPL Financial, LPL ▓▓▓▓ ▓▓▓▓ Line 19 represents the total value of the entire account.

VII Line 20 this holding in the ▓▓▓▓ IRA was reported as having a value in 2012 of $15,000 or less ([CODE J]. However, that was incorrect and the amount should have been reported as Code M, between $100,001 and $250,000. The market value at the end of the prior year was $124,430.

VII. Lines 24 through 39 include the individual portfolio assets held in the Judge Watkins' IRA fee-based advisory account held at LPL Financial, LPL ▓▓▓▓ ▓▓▓▓ . Line 24 represents the total value of the entire account. The account is a managed by the Financial Advisor, who has limited discretion over mutual fund positions in the account. The buys and sells reported in lines 26-39 represent trades made by the financial advisor using his limited discretion and based on changes in the underlying mutual fund asset model used for the account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William K. Watkins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544